Cheryl S. Chang (CA Bar No. 237098)
BLANK ROME LLP
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3472
Facsimile: 424.239.3434
Cheryl.Chang@blankrome.com

Dipu A. Doshi (*Pro Hac Vice* Application Forthcoming)
BLANK ROME LLP
1825 I Street, NW
Washington DC 20006
Dipu.Doshi@blankrome.com

Attorney for Plaintiff
SARTORIUS BIOANALYTICAL
INSTRUMENTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SARTORIUS BIOANALYTICAL INSTRUMENTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GATOR BIO, INC. and HONG TAN,<br><br>Defendants. | Case No. 5:22-cv-01417-EJD<br><br>**JOINT STATUS REPORT RE INTERNATIONAL TRADE COMMISSION DETERMINATION** |

Plaintiff Sartorius Bioanalytical Instruments, Inc. ("Sartorius" or "Plaintiff") and Defendants Gator Bio, Inc. and Hong Tan (collectively, "Defendants") by and through their undersigned counsel, submit the following Joint Report as requested by the Court in its Order Granting Defendants' Unopposed Motion for Stay Pursuant to 28 U.S.C. § 1659 (Dkt. No. 38) ("Stay Order").

This case was stayed pending the final resolution of the ITC investigation initiated by Sartorius: *In the Matter of Certain Bio-Layer Interferometers and Components Thereof*, Inv. No. 337-TA-1344. In that investigation, Sartorius initially asserted all four patents it has asserted here: U.S. Patent Nos. 7,394,547 ("'547 patent"); 7,445,887 ("'887 patent"); 7,728,982 ("'982 patent"); and 8,305,585 ("'585 patent"). Sartorius later terminated the investigation as to the '547, '982, and '585 patents. An evidentiary hearing was held as to the '887 patent from October 31 to November 3, 2023. On March 8, 2024, the presiding Chief Administrative Law Judge issued a Final Initial Determination ("FID") finding no violation on March 8, 2024. A true and correct copy of the public version of the FID is attached hereto as **Exhibit A**.

On March 22, 2024, Sartorius petitioned for Commission review of certain findings of the FID. Defendant/Respondent Gator Bio, Inc. opposed and further conditionally petitioned the Commission to review certain other findings. On June 26, 2024, the Commission affirmed the FID of no violation, with modifications. A true and correct copy of the public version of the June 26, 2024 Commission decision is attached hereto as **Exhibit B**.

The appeal period for the ITC investigation has now run, and the investigation is no longer subject to judicial review. The parties thus respectfully request that this Court lift the Stay Order.

The parties have preliminarily conferred as to next steps and apprise the Court of the following:

- Sartorius intends to seek leave to file a Second Amended Complaint that withdraws the '982 patent and asserts instead U.S. Patent No. 8,647,588 ("'588 patent"), and Sartorius has shared the proposed amendment with Defendants.

- If Sartorius so seeks leave, Defendants do not intend to oppose but reserve the right to consider the amendment and, if appropriate, move to dismiss.

- The parties agree that the Northern District of California's default Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information

and/or Trade Secrets is effective and shall govern unless the Court enters a different order. *See* Patent Local Rule 2-2.

Respectfully submitted,

| | |
|---|---|
| Dated: February 3, 2025 | By: /s/ Cheryl Chang |
| | BLANK ROME LLP<br>Cheryl S. Chang<br>Dipu A. Doshi<br>Attorneys for Plaintiff<br>SARTORIUS BIOANALYTICAL INSTRUMENTS, INC. |
| Dated: February 3, 2025 | By: /s/ Hari Santhanam |
| | PERKINS COIE LLP<br>Hari Santhanam<br>James F. Valentine<br>Attorney for Defendants<br>GATOR BIO, INC. and HONG TAN |

## ATTESTATION REGARDING SIGNATURES

I, Cheryl S. Chang, am the ECF User whose ID and password is being used to file this Joint Status Report. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i), concurrence in the filing of this document has been obtained from all counsel. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: February 3, 2025    By: */s/ Cheryl Chang*

Cheryl S. Chang

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 3, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2025.

By:  /s/AJ Cruickshank