

C22-1417EJD

# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

March 13, 2025

Mark B. Busby, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**RECEIVED**

MAR 1 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Transmittal of Record; *Certain Bio-Layer Interferometers and Components Thereof*, Inv. No. 337-TA-1344

Dear Mark B. Busby:

Pursuant to the *Order Lifting Stay after International Trade Commission Determination* issued in the Sartorius BioAnalystical Instruments, Inc. v. Gator Bio, Inc. case[1] we are transmitting to the United States District Court for the Northern District of California, the complete record for the above-referenced USITC investigation.

The record appears on the enclosed CDs, marked as containing public and confidential material, which invokes the court's procedures governing confidential business information. If I may be of further assistance, please do not hesitate to contact me at 202-205-2786

Sincerely,

Lisa R. Barton
Secretary

---

[1] Sartorius BioAnalystical Instruments, Inc. v. Gator Bio, Inc., No. 5:22-cv-01417-EJD (N.D. Cal.)

| | |
|---|---|
| **CERTAIN BIO-LAYER INTERFEROMETERS AND COMPONENTS THEREOF** | Inv. No. 337-TA-1344 |

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **CORRESPONDENCE - USITC** has been served upon the following parties as indicated, on **March 13, 2025**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**On Behalf of Complainant Sartorius Bioanalytical Instruments, Inc.:**

| | |
|---|---|
| Jonathan Herstoff, Esq.<br>**HAUG PARTNERS LLP**<br>745 Fifth Avenue, 10th Floor<br>New York, NY 10151<br>Email: jherstoff@haugpartners.com | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |

**On Behalf of Respondent Gator Bio, Inc.:**

| | |
|---|---|
| Hari Santhanam, Esq.<br>**PERKINS COIE LLP**<br>700 Thirteenth Street N.W., Suite 800<br>Washington, DC 20005<br>Email: HSanthanam@perkinscoie.com | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |

**United States District Court for the Northern District of California:**

| | |
|---|---|
| Mark B. Busby, Clerk of Court<br>Office of the Clerk<br>United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other: Email Notification of Availability for Download |

