Cheryl S. Chang (CA Bar No. 237098)
BLANK ROME LLP
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3472
Facsimile: 424.239.3434
Cheryl.Chang@blankrome.com

Dipu A. Doshi (Admitted *Pro Hac Vice*)
Jonathan W.S. England (Admitted *Pro Hac Vice*)
BLANK ROME LLP
1825 I Street, NW
Washington DC 20006
Telephone: 202.420.2604
Facsimile: 202.420.2201
Dipu.Doshi@blankrome.com
Jonathan.England@blankrome.com

Attorneys for Plaintiff
SARTORIUS BIOANALYTICAL
INSTRUMENTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SARTORIUS BIOANALYTICAL INSTRUMENTS, INC., | Case No. 5:22-cv-01417-EJD |
| Plaintiff, | **JOINT STATUS REPORT RE EX PARTE REEXAMINATION OF U.S. PATENT 8,647,588** |
| v. | |
| GATOR BIO, INC. and HONG TAN, | |
| Defendants. | |

Plaintiff and Patent Owner Sartorius Bioanalytical Instruments, Inc. ("Sartorius" or "Plaintiff") and Defendants Gator Bio, Inc. and Hong Tan (collectively, "Defendants") by and through their undersigned counsel, submit the following Joint Status Report regarding the status of the *Ex Parte* Reexamination ("EPR") of U.S. Patent 8,647,588 ("the '588 Patent").

On August 13, 2025, Defendant Gator Bio, Inc. filed a Request for *Ex Parte* Reexamination of the '588 Patent at the United States Patent and Trademark Office ("USPTO") seeking the cancellation of all claims (claims 1-19). The EPR proceeding was assigned Application No. 90/015,446. The USPTO granted Gator Bio, Inc.'s request on September 9, 2025, and Defendants thereafter moved for a stay of this proceeding pending the resolution of the EPR. Dkt. 89. This Court granted Defendants' request and stayed this proceeding pending resolution of the EPR on February 19, 2026. Dkt. 95.

On March 18, 2026, the USPTO issued a Notice of Intent to Issue *Ex Parte* Reexamination Certificate ("Notice"). The Notice confirmed the patentability of all claims (claims 1-19) of the issued '588 Patent. The USPTO will issue an *Ex Parte* Reexamination Certificate confirming the patent claims determined to be patentable in due course.

Plaintiff has notified Defendants that it intends to seek a lifting of the stay once the USPTO issues the *Ex Parte* Reexamination Certificate for the '588 Patent.

Respectfully submitted,

Dated: April 17, 2026                    By: */s/ Jonathan England*

                                         BLANK ROME LLP
                                         Cheryl S. Chang
                                         Dipu A. Doshi
                                         Jonathan England
                                         Attorneys for Plaintiff
                                         SARTORIUS BIOANALYTICAL INSTRUMENTS, INC.

Dated: April 17, 2026          By: */s/ Hari Santhanam*

PERKINS COIE LLP
Hari Santhanam
James F. Valentine
Evan S. Day
Hessam Gharaviram
Attorneys for Defendants
GATOR BIO, INC. and HONG TAN

## **ATTESTATION REGARDING SIGNATURES**

I, Jonathan England, am the ECF User whose ID and password is being used to file this Joint Status Report. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i), concurrence in the filing of this document has been obtained from all counsel. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: April 17, 2026                                  By: */s/ Jonathan England*
                                                                   Jonathan England

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026.

By:   /s/AJ Cruickshank