Cheryl S. Chang (CA Bar No. 237098)
BLANK ROME LLP
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3472
Facsimile: 424.239.3434
Cheryl.Chang@blankrome.com

Dipu A. Doshi (Admitted *Pro Hac Vice*)
Jonathan W.S. England (Admitted *Pro Hac Vice*)
BLANK ROME LLP
1825 I Street, NW
Washington DC 20006
Telephone: 202.420.2604
Facsimile: 202.420.2201
Dipu.Doshi@blankrome.com
Jonathan.England@blankrome.com

Attorneys for Plaintiff
SARTORIUS BIOANALYTICAL
INSTRUMENTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SARTORIUS BIOANALYTICAL INSTRUMENTS, INC.,

Plaintiff,

v.

GATOR BIO, INC. and HONG TAN,

Defendants.

GATOR BIO, INC.,

Counterclaim Plaintiff,

v.

SARTORIUS AG and SARTORIUS BIOANALYTICAL INSTRUMENTS, INC.,

Counterclaim Defendants.

Case No. 5:22-cv-01417-EJD

**~~[PROPOSED]~~ ORDER RE JOINT STIPULATION TO (1) ACCEPT SERVICE OF GATOR BIO'S COUNTERCLAIM ON BEHALF OF SARTORIUS AG; AND (2) EXTEND TIME FOR SARTORIUS AG AND SARTORIUS BIOANALYTICAL INSTRUMENTS, INC. TO RESPOND TO GATOR BIO'S COUNTERCLAIMS**

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Blank Rome LLP will accept service of the summons and Counterclaim on behalf of Sartorius AG; and

2. Counterclaim Defendants shall have up to and including January 5, 2027, within which to respond to the Counterclaim.

IT IS SO ORDERED.

Dated: October 26, 2026

EDWARD J. DAVILA
United States District Court Judge